CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**John Michael GOODRIDGE**; DOB: 1975; United States<br>**Mark FROST**; DOB: 1980, United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-04233MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 11, 2022, in the District of Arizona, **John Michael GOODRIDGE** and **Mark FROST**, knowing or in reckless disregard that certain aliens, including Antonio PEREZ-Guzman, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 11, 2022, in the District of Arizona (Bisbee), a United States Border Patrol Agent (BPA) Mobile Surveillance Capable (MSC) operator advised they had visual of a black BMW sedan picking up two suspected undocumented non-citizens (UNC) near mile marker 346 on state route (SR) 92. A BPA responded and encountered the suspected vehicle heading east on SR 92. The BPA verified with the MSC operator that the BMW in front of him was the same one he had seen picking up. The BPA conducted a vehicle stop on the BMW. As the BMW stopped, the rear passenger door opened and one suspected UNC, identified as Miguel MENDEZ-Vasquez, exited the rear passenger side of the vehicle. As the BPA approached the BMW, a second UNC exited the BMW. The BPA was able to apprehend the second UNC, identified as Antonio PEREZ-Guzman. The BMW then fled from the BPA's location and headed eastbound.

The Tactical Operation Center (TOC) advised the BPA that Bisbee Police Department had encountered the BMW on Collins Rd with the occupants exiting the vehicle. BPA responded and encountered the suspected driver, identified as **John Michael GOODRIDGE**, near a Napa parts store on SR 92. **GOODRIDGE** admitted to the BPA he was the driver of the black BMW. The passenger of the BMW, identified as **Mark FROST**, was located by BPAs at a nearby Speedway gas station.

Records checks revealed that Miguel MENDEZ-Vasquez and Antonio PEREZ-Guzman did not have the proper immigration documentation to enter or remain in the U.S. legally. Antonio PEREZ-Guzman said he arranged to be smuggled into the United States for money. PEREZ illegally crossed the International Boundary Fence and was guided by cell phone towards the pick-up location. PEREZ said they were told a black vehicle would be picking them up. When the black BMW arrived, they got in and the **FROST** covered them with a blanket. A few moments later **GOODREIDGE** pulled over and **FROST** told them to exit the vehicle.

**Continued next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Antonio PEREZ-Guzman

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/rr | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>February 14, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

22-04233MJ

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

In a post-*Miranda* statement, **GOODRIDGE** admitted to using his BMW to smuggle UNCs in this encounter and further stated he has smuggled a couple of times in the past and made maybe $1,000. **GOODRIDGE** said he did not know how much he was getting paid this time but expected it to be approximately $1,000. **GOODRIDGE** did not know where he was taking the UNC's today but said that in previous trips, he dropped off the UNCs in Tempe, Arizona.

In a post-*Miranda* statement, **FROST** said that he didn't know that they were in the area to smuggle aliens but eventually admitted to assisting "John" (**GOODRIDGE**) in this smuggling event. **FROST** also said that **GOODRIDGE** told him that he had done a lot of alien smuggling in the past.